UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CR-00282-D-RJ-1

UNITED STATES OF AMERICA

v.

ORDER TO SEAL

GONZALO SANTIAGO, JR.

On motion of the Defendant, Gonzalo Santiago, Jr., and for good cause shown, it is hereby ORDERED that DE 74 be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This **23** day of June, 2026.

_____
JAMES C. DEVER III
United States District Judge